-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALBERT SINGLETARY,

        Plaintiff,

    -v-                                  10-CV-6627CJS
                                          **ORDER**

SENTRY GROUP (SAFE),

        Defendant.

    Plaintiff has filed a motion to appoint counsel in this action (Docket No. 4). Plaintiff's motion for appointment of counsel is denied at this time because there is insufficient information before the Court to make the assessment of plaintiff's claims under the standards required by <u>Hendricks v. Coughlin</u>, 114 F.3d 390, 392 (2d Cir. 1997), and <u>Hodge v. Police Officers</u>, 802 F.2d 58 (2d Cir. 1986), as issue has yet to be joined. Plaintiff's motion for appointment of counsel may be renewed after the defendant has answered the complaint.

    **SO ORDERED.**

                                                    S MICHAEL A. TELESCA
                                                   MICHAEL A. TELESCA
                                        United States District Judge

Dated:    January 19, 2011
            Rochester, New York